UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THOMAS DESPART,

    Petitioner,

v.                                                CASE NO. 6:08-cv-183-Orl-22KRS

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.

## ORDER OF DISMISSAL

In the instant case, Petitioner filed a petition for writ of habeas corpus (Doc. No. 1) challenging his civil commitment pursuant to the Jimmy Ryce Act. Petitioner currently has a habeas petition pending in this Court also related to his confinement pursuant to the Jimmy Ryce Act. *See* Case No. 6:07-cv-737-Orl-31GJK.

On February 15, 2008, the Court ordered Petitioner to show cause why this case should not be dismissed without prejudice to his right to pursue the claims raised in the instant case in case number 6:07-cv-737-Orl-31GJK. Petitioner filed a response wherein he indicated that he did not assert the claims raised in the instant petition in case number 6:07-cv-737-Orl-31GJK because the claims were not exhausted in the state courts when he initiated case number 6:07-cv-737-Orl-31GJK. *See* Doc. No. 5. Petitioner does not dispute that the claims raised in this case relate to the commitment that is challenged in case number 6:07-cv-737-Orl-31GJK. *Id.*

Comity requires that federal courts of equal rank with concurrent jurisdiction exercise care to avoid interfering with each other's affairs. "As between federal district courts, . . . the general principle is to avoid duplicative litigation." *Colorado River Water Conservation District v. United States*, 424 U.S. 800, 817 (1976)(dictum). In order to avoid duplicative litigation and piecemeal resolutions, a district court has the discretion to dismiss a suit which can be resolved in an action pending in another district court. *West Gulf Maritime Ass'n. v. ILA Deep Sea Local 24*, 751 F.2d 721, 729 (5th Cir. 1985).

Because case number 6:07-cv-737-Orl-31GJK, involving the same issues and parties, was filed prior to the instant action, jurisdiction over this matter rests in the other case. Accordingly, this Court will not intrude on such jurisdiction and will exercise its discretion to dismiss the instant suit.

It is hereby **ORDERED**:

1. The instant case is **DISMISSED** without prejudice to Petitioner's right to pursue the claims raised in the instant case in case number 6:07-cv-737-Orl-31GJK.

2. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida this 3rd day of March, 2008.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies to:
sc 3/3
Thomas Despart